THE VALLEY NATIONAL BANK V. THE JOHNSON DIRECTORY COMPANY
et al.

MACOMBER V. JACKAWAY et al.

Pledge: WAIVER OF LIEN. ( Valley Nat. Bank v. Jackaway, ante, p. 512, followed.)

Appeal from Polk District Court.—HON. MARCUS KAVANAGH, JR., Judge.

FILED, JUNE 5, 1890.

ACTION on a promissory note. Judgment for defendant in each case, and the plaintiffs appeal.

J. K. Macomber and Mitchell & Dudley, for appellant.

Bousquet & Earle, for appellees.

PER CURIAM.—The facts and legal principles that control these cases are the same as those in the case of Valley National Bank v. Jackaway et al., ante, p. 512, in which an opinion has been filed at this term stating the facts and the law applicable thereto. The cases are submitted and to be disposed of on the same argument. Following that case, the judgment in each of these must be and is
                                                            REVERSED.